OPINION — AG — IF THE DIRECTOR OF MENTAL HEALTH FEELS THAT THE ALLOWANCE TO THE SUPERINTENDENTS OF $200.00 PER MONTH TO HELP DEFRAY EXTRA LIVING EXPENSES ENTAILED IN CONNECTION WITH THEIR POSITIONS IS A REASONABLE ITEM OF "COMPENSATION" THEN THE SAME MAY BE LEGALLY PAID. CITE: OPINION NO. 63-282, 43A O.S. 1961 14 [43A-14], OPINION NO. 63-286 (CHARLES OWENS) ** SEE OPINION NO. 91-509 (1990)